THE STATE EX REL. HAYMOND, APPELLANT, *v.* CINCINNATI
PUBLIC SCHOOLS; CONRAD, ADMR., ET AL., APPELLEES.

[Cite as *State ex rel. Haymond v. Cincinnati
Pub. Schools* (2000), 90 Ohio St.3d 70.]

(No. 00–43—Submitted July 25, 2000—Decided September 20, 2000.)

---

*Butkovich, Schimpf, Schimpf & Ginocchio Co., L.P.A., James A. Whittaker* and *Stephen P. Gast,* for appellant.

*Betty D. Montgomery,* Attorney General, and *William D. Haders,* Assistant Attorney General, for appellees Administrator, Bureau of Workers' Compensation, and Industrial Commission of Ohio.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.